

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-22-00374-CV

**IN THE INTEREST OF C.E.R., T.J.S., M.I.S., AND J.L.L. JR.**, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00131
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on August 10, 2022. On August 14, 2022, appellant filed a motion requesting a twenty-day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by August 30, 2022. Appellant is advised that further extensions of time will be disfavored**.

It is so **ORDERED** on August 15, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT